UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Suzanna Slator                        CHAPTER: 13
18 Valley View Dr                     CASE NUMBER: 19-04163
Swoyersville, PA 18704                CLAIM AMOUNT: $5721.12

Debtors.
_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems, LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 11/27/2019 12:11:54 PM, in the amount of $5721

Jefferson Capital Systems, LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 12th day of March, 2020.

Jefferson Capital Systems, LLC

By: /s/ Brianna Suess
Brianna Suess   Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Road
St. Cloud, Minnesota  56303
(800) 928-7314

# CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

    Debtor:                                  Suzanna Slator
                                                     18 Valley View Dr
                                                     Swoyersville, PA 18704

    Debtor's Attorney:              Jason Paul Provinzano
                                                      16 W. Northampton Street
                                                     Wilkes Barre, PA 18701

    Chapter 13 Trustee:            Charles J. DeHart III
                                                     8125 Adams Drive, Suite A
                                                     Hummelstown, PA 17036-0410

by submitting electronically with the court.

    This 12th day of March, 2020.


                                                                           Jefferson Capital Systems, LLC

                                                                           By: /s/ Brianna Suess
                                                                           Brianna Suess   Bankruptcy Specialist

                                                                           Jefferson Capital Systems, LLC
                                                                           16 McLeland Road
                                                                           St. Cloud, Minnesota  56303
                                                                           (800) 928-7314