```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-04163-RNO
Suzanna Christine Slator                                                  Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1         Date Rcvd: Mar 13, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db             +Suzanna Christine Slator,    18 Valley View Dr,   Swoyersville, PA 18704-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Suzanna Christine Slator MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Suzanna Christine Slator aka Suzanna C. Slator aka Suzanna Slator**<br>　　　　　　　**Debtor(s)** | **CHAPTER 13** |
| **Toyota Lease Trust**<br>　　　　　**Movant**<br>　　vs. | **NO. 19-bk-04163 RNO** |
| **Suzanna Christine Slator aka Suzanna C. Slator aka Suzanna Slator**<br>　　　　　　　**Debtor(s)** | **11 U.S.C. Section 362** |
| **Charles J. DeHart, III**<br>　　　　　**Trustee** | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, the court reviewed the file herein and after Notice and opportunity for a hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Lexus IS300. VIN: JTHCM1D20H5016568   in a commercially reasonable manner.

Dated: March 13, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge  (PAR)