Certificate Number: 17572-PAM-DE-039041997

Bankruptcy Case Number: 19-04163



17572-PAM-DE-039041997

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 6, 2024, at 7:19 o'clock PM PST, Suzanne C Slator completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   November 6, 2024          By:   /s/Benjamin E Wunsch

                                  Name: Benjamin E Wunsch

                                  Title: Counselor