United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-04163-MJC
Suzanna Christine Slator  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 12, 2024     Form ID: 3180W     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Suzanna Christine Slator, 18 Valley View Dr, Swoyersville, PA 18704-2015 |
| 5251953 | + | Slator Suzanna Christine, 18 Valley View Dr, Swoyersville, PA 18704-2015 |
| 5251969 | # | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JEFFERSONCAP.COM | Nov 13 2024 00:07:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2024 19:10:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | EDI: PRA.COM | Nov 13 2024 00:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5268944 | | Email/PDF: bncnotices@becket-lee.com | Nov 12 2024 19:13:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5251955 | | Email/PDF: bncnotices@becket-lee.com | Nov 12 2024 19:14:20 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5263168 | | EDI: CAPITALONE.COM | Nov 13 2024 00:07:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5251956 | | EDI: CAPITALONE.COM | Nov 13 2024 00:07:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5268945 | | Email/PDF: bncnotices@becket-lee.com | Nov 12 2024 19:13:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5251957 | | EDI: WFNNB.COM | Nov 13 2024 00:07:00 | Comenitybk/bonton, PO Box 182789, Columbus, OH 43218-2789 |
| 5251958 | | EDI: WFNNB.COM | Nov 13 2024 00:07:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5251959 | | EDI: WFNNB.COM | Nov 13 2024 00:07:00 | Comenitycb/hsn, PO Box 182120, Columbus, OH 43218-2120 |
| 5251960 | | EDI: WFNNB.COM | Nov 13 2024 00:07:00 | Comenitycb/lexusvisa, PO Box 182120, Columbus, OH 43218-2120 |
| 5251961 | | EDI: DISCOVER | Nov 13 2024 00:07:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5254017 | | EDI: DISCOVER | Nov 13 2024 00:07:00 | Discover Bank, Discover Products Inc, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5251962 | | EDI: DISCOVER | Nov 13 2024 00:07:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5264370 | + | EDI: DISCOVERPL | Nov 13 2024 00:07:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5251963 | | EDI: IRS.COM | Nov 13 2024 00:07:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5275853 | | EDI: JEFFERSONCAP.COM | Nov 13 2024 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5251964 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 12 2024 19:10:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5271374 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2024 19:13:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5251954 | | Email/Text: mylawyer@jpplaw.com | Nov 12 2024 19:10:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5269615 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2024 19:10:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5251965 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2024 19:10:00 | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 5274688 | | EDI: PRA.COM | Nov 13 2024 00:07:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5275253 | | EDI: Q3G.COM | Nov 13 2024 00:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5275291 | | EDI: Q3G.COM | Nov 13 2024 00:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5251966 | | EDI: CITICORP | Nov 13 2024 00:07:00 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5251968 | | EDI: SYNC | Nov 13 2024 00:07:00 | Syncb/Sams Club DC, PO Box 965005, Orlando, FL 32896-5005 |
| 5251967 | | EDI: SYNC | Nov 13 2024 00:07:00 | Syncb/evine, PO Box 965005, Orlando, FL 32896-5005 |
| 5252716 | ^ | MEBN | Nov 12 2024 19:05:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5263529 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 12 2024 19:10:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5326057 | | Email/PDF: bncnotices@becket-lee.com | Nov 12 2024 19:13:25 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5251970 | | EDI: CITICORP | Nov 13 2024 00:07:00 | Universal Card Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Suzanna Christine Slator MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Nationstar Mortgage LLC d/b/a Mr. Cooper matthew.fissel@brockandscott.com  wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper matthew.fissel@brockandscott.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

## Information to identify the case:

**Debtor 1:** Suzanna Christine Slator
First Name    Middle Name    Last Name

**Social Security number or ITIN:** xxx–xx–3529
**EIN:** __–_____

**Debtor 2** (Spouse, if filing):
First Name    Middle Name    Last Name

**Social Security number or ITIN:** ____
**EIN:** __–_____

**United States Bankruptcy Court:** Middle District of Pennsylvania

**Case number:** 5:19-bk-04163-MJC

# Order of Discharge                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Suzanna Christine Slator
aka Suzanna C. Slator, aka Suzanna Slator

11/12/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**